# UNITED  STATES  DISTRICT  COURT
**FOR THE NORTHERN DISTRICT OF NEW YORK**

---

**RUSSELL DORR and ESTER DORR,**

        **Plaintiff,**

                                                  **CIVIL JUDGMENT**

    **V.**
                                                      1:03-CV-975
                                                         (DNH)

**SPORTING GOODS PROPERTIES, INC., f/n/a**
**REMINGTON ARMS COMPANY, INC.,**

        **Defendant.**

---

**  X  **  **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**  X  **  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

that the above entitled action is hereby dismissed with prejudice on the merits in its entirety in accordance with the jury's verdict of no cause for action on behalf of plaintiffs against defendants and order of the Honorable David N. Hurd in open Court on August 2, 2005 at Utica, New York.


                                                                     *[signature]*
                                                          Clerk of Court




                                                        By:     s/
                                                        DEPUTY CLERK, Craig B. Minor


Entered on the Docket:

8/3/2004     cbm
Date         By